No. 706.   CHICAGO ET AL. v. FIELDCREST DAIRIES, INC.
November 24, 1941.   Petition for writ of certiorari to the
Circuit Court of Appeals for the Seventh Circuit granted.
*Messrs. Barnet Hodes, James A. Velde,* and *Walter V.
Schaefer* for petitioners.   *Mr. Owen Rall* for respondent.

No. 707.   VALENTINE, POLICE COMMISSIONER, v. CHRES-
TENSEN.   November 24, 1941.   Petition for writ of cer-
tiorari to the Circuit Court of Appeals for the Second Cir-
cuit granted.   *Mr. William C. Chanler* for petitioner.
*Mr. Walter W. Land* for respondent.

No. 708.   HELVERING, COMMISSIONER OF INTERNAL
REVENUE, v. CREDIT ALLIANCE CORP.   November 24, 1941.
Petition for writ of certiorari to the Circuit Court of Ap-
peals for the Fourth Circuit granted.   *Assistant Solicitor
General Fahy* for petitioner.   *Messrs. Newell W. Ellison,
Duane R. Dills,* and *Christopher S. Sargent* for respond-
ent.

No. 711.   GORMAN, CITY TREASURER, ET AL. v. WASH-
INGTON UNIVERSITY.   November 24, 1941.   Petition for
writ of certiorari to the Supreme Court of Missouri
granted.   *Mr. William E. Kemp* for petitioners.   *Messrs.
R. B. Caldwell* and *Richard S. Bull* for respondent.

No. 50.   HOLMES v. UNITED STATES.   See *ante,* p. 583.

No. 720.   MILCOR STEEL CO. v. GEORGE A. FULLER CO.
ET AL.   December 8, 1941.   Petition for writ of certiorari